**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00091-HDM-VPC |
| | ) | 3:14-cv-00335-HDM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| VINCENT FASONE, | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 motion (#51) on or before August 27, 2014.

IT IS SO ORDERED.

DATED: This 27th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE